[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 20, 2009
THOMAS K. KAHN
CLERK

_____

No. 06-13139

_____

D.C. Docket No. 05-00004-CR-4-RH-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASON DANIEL TAYLOR,

Defendants-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(February 20, 2009)

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

We have this case on remand from the Supreme Court for reconsideration in light of *Chambers v. United States*, 555 U.S. ___ (2009). On February 6, 2009, we ordered the parties to file letter briefs addressing the effect of *Chambers* upon this case. The parties have done so and this appeal is now ripe for disposition.

The United States has indicated in its letter brief that it no longer seeks to enhance Mr. Taylor's sentence under the Armed Career Criminal Act (the "ACCA") 18 U.S.C. § 924(e), and that it consents to the vacation of his sentence and remand for re-sentencing without the enhancement provided by the ACCA.

Accordingly, we shall vacate Defendant's sentence and remand for re-sentencing.

VACATED AND REMANDED FOR RESENTENCING.